AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern  District of  Ohio

| | |
|---|---|
| Robert W. Johnson | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   2:19-cv-4952 |
| Victoria Fire and Casualty Company, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   Pursuant to the Opinion and Order filed 12/30/2019 The Court OVERRULES Plaintiff's Objection (ECF No. 11).  The Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 10).  The Case is DISMISSED and Closed.

_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____
_____ .

Date:   12/30/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*